**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: March 9, 2016**



John E. Hoffman, Jr.
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Case No.: 15-55273 |
| William M. Vernon | : | |
| Suzanne Vernon | : | Chapter 13 |
| | : | |
| Debtors. | : | Judge Hoffman |
| | : | |
| | : | |

**ORDER DENYING APPLICATION FOR ADDITIONAL FEES TO BE PAID THROUGH THE CHAPTER 13 PLAN (DOC. #38)**

This matter comes before the Court upon the Application for Additional Fees to be Paid Through the Chapter 13 Plan ("Application") (Doc. 38), and the Memorandum in Support thereof (Doc. 43). Having considered the positions of counsel at a hearing held March 1, 2016, the Court finds the Application is not well-taken.

It is hereby **ORDERED** and **DECREED** that the Application is **DENIED** and the requested fees are disallowed.

**IT IS SO ORDERED.**

Copies to:

Default List

# # #